# INDICTMENT SYNOPSIS
March 23, 2022

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 MAR 23 P 4:15

DEPUTY CLERK

2:22-cr-37-JDL-1

| | |
|---|---|
| **Name:** | Ricardo Middleton (a/k/a "Red") |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1991 – 31 years old |
| **Violations:** | **Count One**: Sex trafficking by force, fraud, and coercion, in violation of 18 U.S.C. § 1591(a)(1) & (b)(1). |
| **Penalties:** | **Count One**: Imprisonment of not less than 15 years and not more than life (18 U.S.C. § 1591(b)(1)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. |
| **Supervised Release:** | **Count One**: Not less than five years and not more than life (18 U.S.C. § 3583(k)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count One**: Not more than five years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count One**: Life less any period of imprisonment imposed upon revocation of supervised release (18 U.S.C. § 3583(h)). |
| **Defendant's Attorney:** | To be determined. |
| **Primary Investigative Agency and Case Agent Name:** | HSI – David Pawson |
| **Detention Status:** | Warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland & York |
| **AUSA:** | Julia M. Lipez |

| Guidelines apply?   Y/N | Y |
| --- | --- |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | **Count One**: $5,000 if the defendant is non-indigent (18 U.S.C. § 3014(a)(1)).  Otherwise, $100 per count (18 U.S.C. § 3013(a)(2)(A). |