UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 MAR 23 P 4: 15

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 2:22-cr-37-JDL-1 |
| v. | ) |
| | ) |
| RICARDO MIDDLETON | ) |
| a/k/a "Red" | ) |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: March 23, 2022

(for) Julia Lipez
Assistant U.S. Attorney