UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:22-cr-37-JDL |
| ) | |
| v. ) | VIOLATION(S): |
| ) | Title 18, U.S. Code, Section 1591(a)(1) |
| RICARDO MIDDLETON ) | and (b)(1) |
| a/k/a "Red" ) | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Sex Trafficking by Force, Fraud, and Coercion

From about November 21, 2015 until about November 23, 2015, in the District of Maine and elsewhere, the defendants

**RICARDO MIDDLETON**
**a/k/a "Red",**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

knowingly, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained, by any means Victim 1, a person known to the grand jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act, and aided and abetted the same.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and 2.

A TRUE BILL,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

GRAND JURY FOREPERSON

_____
Assistant United States Attorney

_____
Trial Attorney, U.S. Department of Justice

Dated: MARCH 23, 2022